## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kevin Vassighi, Special Agent with Homeland Security Investigations, being duly sworn, deposes and states under penalty of perjury that the following is true to the best of my information, knowledge, and belief.

## BACKGROUND

1. I am a Special Agent ("SA") with DHS/HSI and have been so employed since September 2015. I am currently assigned to the HSI Office of the Special Agent-in-Charge, Cyber-Financial & Emerging Technology Crimes Group in Denver, Colorado. I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7); that is, an officer of the United States, who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Titles 18 and 21 of the United States Code. I am charged with investigating what can generally be described as financial and smuggling crimes. Examples of these types of crimes would include, money laundering, operating unlicensed money transmitting businesses, importation of controlled substances, and violations of the Bank Secrecy Act (31 U.S.C. 5311 et seq., the "BSA"). I have also been cross designated by the Drug Enforcement Administration to conduct controlled substance investigations and make arrests based on violations of Title 21 of the United States Code

2. I have successfully completed the Criminal Investigator Training Program ("CITP") and the Homeland Security Investigations Special Agent Training ("HSISAT") Program at the Federal Law Enforcement Training Center ("FLETC"), which included training in evaluating probable cause and executing search warrants. After my initial training I was assigned to the HSI San Ysidro office within a Contraband Smuggling Group and gained experience in narcotics investigations and detection of controlled substance offenses. I have also served within the HSI San Diego office, assigned to a Financial Investigations Task Force.

3. Prior to my employment as a Special Agent, I was a Supervisory Intelligence Research Specialist in the position of Section Chief within the HSI Office of Intelligence in Washington, DC. I have also served as an Intelligence Research Specialist with HSI in the San Francisco office and at the El Paso Intelligence Center. I have a Master's of Public Policy degree from George Mason University, a Master's of Science in Strategic Intelligence degree from the National Intelligence University, and a Bachelor's of Arts degree in Government and International Politics from George Mason University.

4. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are necessary to establish probable cause to believe that WILLIAM BLAKE PLSEK violated Title 21, United States Code, Sections 841(a)(1) and 846 (conspiracy to possess with intent to distribute a controlled substance) (the "Subject Offense").

5. The information contained within the affidavit is based on my training and experience, as well as information imparted to me by other law enforcement officers involved in this investigation.

6. I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

## **PROBABLE CAUSE**

7. On or about April 14, 2022, HSI Houston was notified about a shipment of nine packages from Brazil, destined for a residence in La Porte, TX, that was intercepted by Customers and Border Protection ("CBP") at the Memphis International Mail Facility (the "Brazil Packages"). The shipment was addressed to "AKASHA, RAW BRAZIL COSMETICS." It contained 191.55 kilograms of a substance that was field tested and presumptively identified as DMT.

8. On or about April 15, 2022, HSI Special Agents in Texas conducted a knock-and-talk operation in Texas regarding the Brazil Packages, as follows:

    A. HSI Special Agents travelled to the Texas destination address on the Brazil Packages and spoke with an individual ("Individual-1") who admitted to being paid to receive packages on behalf of another individual ("CC-1") who I believe is a co-conspirator of PLSEK.

    B. Individual-1 further identified William Blake PLSEK as a Houston area-based associate of CC-1. Individual-1 stated PLSEK has picked up similar packages over the course of the past year. Individual-1 has communicated with PLSEK via texting and other messaging apps regarding PLSEK picking up the previous packages on behalf of CC-1.

9. On or about April 24, 2022, CC-1 landed at Denver International Airport following a trip in Europe. Law enforcement conducted surveillance and followed CC-1 from the airport to his residence in Boulder, Colorado. CC-1 was observed driving a gray Tesla bearing Texas license plate PSX7268.

10. On or about April 25, 2022, HSI Special Agents in Texas conducted a controlled delivery operation in La Porte, TX with respect to the Brazil Packages as follows, in substance and in part:

    A. At approximately 11:40 a.m., at the direction of law enforcement, Individual-1 called CC-1 via the Telegram mobile application, which CC-1 answered. Individual-1 informed CC-1 that several FedEx boxes had been delivered to her home. CC-1 expressed surprise that parcels had arrived and stated that they were a "replacement" for the "shit that landed," but seemed pleased at the news. CC-1 told Individual-1 that he would arrange for pickup of the packages and payment to Individual-1 right away.

    B. At approximately 12:06 p.m. PLSEK was observed accessing a vehicle outside his residence and approximately 22 minutes later departed enroute to Individual-1's residence. PLSEK was observed speaking on the phone while operating the vehicle.

    C. HSI Houston left the drug-laden packages on the front porch area of the address of Individual-1. One of the packages contained approximately 21 kilograms of the originally packaged DMT and the other eight packages contained "sham" or simulated controlled substance.

    D. Agents and Houston Police observed PLSEK park in the driveway of Individual-1's residence and load all nine packages into his van. PLSEK then departed the residence in his van. I believe, based on the sequence of events recounted herein, that CC-1 directed PLSEK to retrieve the boxes from Individual-1's house.

E. A marked Houston Police vehicle initiated a traffic stop on PLSEK several minutes later, after observing a traffic violation. PLSEK gave consent to search his van and all nine boxes were recovered. PLSEK's phone was also seized.

F. PLSEK was interviewed by agents at the scene of the traffic. Among other things, PLSEK stated:

    i. He picked up the boxes for someone named "Akasha" who he claimed was a short female with blonde hair and lived in Baytown, Texas.

    ii. PLSEK gave conflicting statements about when he had last seen Akasha, first stating he saw her the night before and later saying it was a few days prior.

    iii. PLSEK further stated that he picked up the boxes from a friend's house in Deer Park.

G. Agents in Houston subsequently obtained a search warrant for PLSEK's phone and learned that it had no data, which based on my training and experience indicates it had been remotely wiped of all data.

11. Based on the historical cell site data I have reviewed from CC-1's phone, I believe that CC-1 was in the District of Colorado on April 25, 2022 and, accordingly, was in the District of Colorado when he directed PLSEK to Individual-1's home to pick up the DMT.

12. I am aware that CC-1 uses the alias "Akasha Song" for the following reasons:

A. CC-1 has two Coinbase accounts: one in his own name and one in the name of Akasha Song. The photographs used to verify these Coinbase accounts were both of CC-1.

B. A publicly-available Facebook account in the name of "Akasha Song" bears the photograph of CC-1.

C. A U.S. passport application for CC-1 was submitted with the email address akashasong@hotmail.com.

D. Following the controlled delivery operation that occurred on April 25, 2022, as described in paragraph 10, *supra*, CC-1 called Individual-1 and told Individual-1, among other things, to "delete all of our texts, and everything off your phone, and anything with the words 'Akasha Song' on it."

13. I am further aware that PLSEK communicated with CC-1 when CC-1 used the Akasha Song moniker about drug activity. For instance, on or about May 17, 2022, U.S. Magistrate Judge Nina Y. Wang authorized a search warrant for PLSEK's iCloud account. In these returns I located communications on a social media application where PLSEK was messaging with an individual who called himself "akashasong." In those communications, on March 27, 2022, PLSEK told CC-1 "There's something about the relationship of mixing for me…..that's when intentions are being placed . It's a feeling of mixing you don't know when is too much or not enough it's hard to say… it's just a feeling I have when I know it's had enough. I can't quit explain it. I don't know how I feel about the auto mix… seems too industrial." PLSEK then said: "Medicine made with love versus medicine made by machine kinda thing." CC-1

responded: "science over superstition."  Based on my training and experience and familiarity with this investigation, in these conversations, I believe that PLSEK and CC-1 were discussing the manufacture ("mixing") of controlled substances ("medicine").

14. Accordingly, when PLSEK told law enforcement officers in Texas that "Akasha" was short female with blonde hair and lived in Baytown, Texas, I believe PLSEK was lying to conceal the truth about the origins of the DMT and his plans for the drugs.

15. On or about May 6, 2022, U.S. Magistrate Judge S. Kato Crews authorized a search warrant for an email account used by PLSEK.  I have learned from reviewing the contents of this email address that, among other things, in 2018, PLSEK appeared to join a Facebook group called "DMT: The entities."  Though this is a private Facebook group so I cannot see the content of the posts in the group, the title of the group suggests that it is likely a group devoted to DMT.

16. As described in paragraph 13, *supra*, I have received the contents of PLSEK's iCloud account.  I have learned from reviewing the contents of this account that, among other things:

   A. On or about April 27, 2022, two days after the shipment of DMT was seized from PLSEK, someone using the name "Gerald" sent a message to PLSEK asking "Everything good, we'll [sic] as good as it can be?"  PLSEK responded: "Yeah all good."  I believe that "Gerald" was checking in on PLSEK, knowing about the DMT seizure.

   B. On or about May 7, 2022, "Gerald" sent PLSEK a link to a news article titled "Texas man indicted for importing 'powerful psychedelic'" with a message that told PLSEK to "Take a look at this."  The article reported on a federal criminal case in which a man had been indicted on drug trafficking charges for importing 4.5 kilograms of DMT from Brazil. PLSEK responded a few minutes later with: "Daaaaang," followed by what appears to be this emoji:

   Based on my familiarity with this case, I believe that "Gerald," knowing about the events of April 25, 2022, in which PLSEK was caught with almost 200 kg of DMT imported from Brazil, sent the link to PLSEK to show PLSEK the legal consequences that could befall him.  PLSEK responded with surprise and shock.

17. On May 27, 2022, a representative sample of the 191.55 kg DMT shipment from the Brazil Packages was delivered to the Colorado Bureau of Investigation laboratory for confirmatory testing.  On June 14, 2022, I learned that the lab report concluded that the substance was DMT.


_s/ Kevin Vassighi_
Special Agent Kevin Vassighi
Homeland Security Investigations


Sworn to before me this  17th  day of June, 2022

Hon. S. Kato Crews
United States Magistrate Judge
District of Colorado


Affidavit reviewed and submitted by Andrea Surratt, Assistant United States Attorney.