DEFENDANT:  JOSEPH EUGENE CLEMENTS, a/k/a "Akasha Song"

YOB/AGE:  1978

COMPLAINT FILED?  ___x___ Yes  _____ No

If Yes, MAGISTRATE CASE NUMBER  22-mj-105-SKC

OFFENSE(S):
(1) 21 U.S.C. § 846 Conspiracy to possess with intent to distribute a controlled substance
(2) 21 U.S.C. § 846 Conspiracy to manufacture a controlled substance
(3) 21 U.S.C. § 846 Conspiracy to possess with intent to distribute a controlled substance
(4) 21 U.S.C. § 841(a)(1) Distribution of a controlled substance
(5) 18 U.S.C. § 1956(a)(1)(A)(i) Money laundering

LOCATION OF OFFENSE:  Boulder County, CO

PENALTY:
(1)-(4) 21 U.S.C. § 841(a)(1), 846: NMT 20 years imprisonment; NLT 3 years SR; NMT life SR; NMT $1,000,000 fine; or both; $100 SA
(5) NMT 20 years imprisonment; NMT 3 yrs SR; fine of NMT $500,000 or twice the laundered funds, or both fine and imprisonment; $100 SA

AGENT:  HSI SA Kevin Vassighi

AUTHORIZED BY:  Andrea Surratt
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___ five days or less  __x__ over five days

THE GOVERNMENT

X  will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is not applicable to this defendant.