**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:22-cr-00212-RMR

UNITED STATES OF AMERICA

      Plaintiff,

v.

2. WILLIAM BLAKE PLSEK,

     Defendants.

---

**NOTICE OF APPEARANCE**

---

      Dru Nielsen of the law firm of Haddon, Morgan and Foreman, P.C., hereby enters her appearance as CJA counsel on behalf of Defendant William Plsek.

DATED: August 15, 2022

               Respectfully submitted,

               *s/ Dru Nielsen*
               Dru Nielen
               HADDON, MORGAN AND FOREMAN, P.C.
               950 17th Street, Suite 1000
               Denver, CO 80203
               Phone: 303.831.7364
               Fax: 303.832.2628
               Email: dnielsen@hmflaw.com

               *Attorney for William Plsek*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2022, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Andrea Surratt                                      *All other counsel of record*
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Andrea.surratt@usdoj.gov


                                                    *s/ Savanna Rice*