**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:22-cr-00212-RMR

UNITED STATES OF AMERICA

    Plaintiff,

v.

2. WILLIAM BLAKE PLSEK,

    Defendant.

---

**NOTICE OF DISPOSITION AND UNOPPOSED REQUEST FOR THE CHANGE OF PLEA HEARING TO BE SET IN JANUARY OF 2023**

---

Defendant, William Plsek, by and through his counsel, Dru Nielsen, hereby notifies this Honorable Court that a disposition with the government has been reached in this case.

Mr. Plsek requests an exception to this Honorable Court's Practice Standards that if a notice of disposition is filed, the Change of Plea Hearing will be held on the date already scheduled for the Pretrial Preparation Conference, which in this case is November 22, 2022. The basis for this request is the difficulty Mr. Plsek anticipates in traveling from Texas to Colorado two days before Thanksgiving.

Mr. Plsek is on bond and currently residing in Texas, where is he is under the supervision of the United States Probation Office in Galveston, Texas. Upon information and belief, Mr. Plsek is in compliance with the conditions of his release. Traveling from

Texas to Colorado around the Thanksgiving holiday presents financial and logistical problems for Mr. Plsek. There is no prejudice to either side by delaying the Change of Plea Hearing for approximately 45 days when it is less expensive and difficult to travel.

Undersigned counsel has conferred with Assistant United States Timothy Forwood about Mr. Plsek's request to have the Change of Plea Hearing rescheduled to January 2023. The government does not oppose the relief sought.

DATED: November 9, 2022

Respectfully submitted,

*s/ Dru Nielsen*
Dru Nielsen
HADDON, MORGAN AND FOREMAN, P.C.
950 17th Street, Suite 1000
Denver, CO 80203
Phone: 303.831.7364
Fax: 303.832.2628
Email: dnielsen@hmflaw.com

*Attorney for William Plsek*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2022, I electronically filed the foregoing *Notice of Disposition and Unopposed Request for the Change of Plea Hearing to be Set in January Of 2023* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Timothy Forwood
Assistant United States Attorney
Timothy.forwood@usdoj.gov

Lisa Polansky
Attorney for Defendant Clements
lisa@polanskylawfirm.com

*s/ Savanna Rice*