

**U.S. Department of Justice**
*NICHOLAS VASSALLO*
*Acting United States Attorney*
*District of Wyoming*

---

*Main Reception: (307) 772-2124*  *Federal Building*
*2120 Capitol Ave, Room 4002*
*P.O. Box 668*
*Cheyenne, WY 82003*

January 18, 2023

Meaghan Mills
United States Probation Officer

   RE: *US v. Plsek*; 22-CR-212-RMR; Presentence Investigation Report

Dear Ms. Mills:

  The United States has reviewed the Present Investigation Report (PSR) and has the following comments:

**Base Offense Level Calculation**

  Paragraphs 25 and 26 analyze the Defendant's base offense for the quantity of converted drug weight. The PSR determined that the approximate 300 kilograms of DMT calculates to a base offense level of 36. Though the raw material was approximately 300 kilograms, a further extraction process was required for the Defendant to sell the DMT. Based upon findings by the Drug Enforcement Administration, only 0.9% of that raw material is DMT.[1]

  The sentencing guideline commentary to §2D1.1 provides, "Mixture or substance does not include materials that must be separated from the controlled substance before the controlled substance can be used. Examples of such materials include the fiberglass in a cocaine/fiberglass bonded suitcase, beeswax in a cocaine/beeswax statue, and waste water from an illicit laboratory used to manufacture a controlled substance. If such material cannot readily be separated from the mixture or substance that appropriately is counted in the Drug Quantity Table, the court may use any reasonable method to approximate the weight of the mixture or substance to be counted." U.S.S.G. §2D1.1 Application Note 1.

  The 300-kilogram substance is not illegal drugs mixed with a legal substance, such as cocaine mixed with baking soda. Rather it is the raw material that must be extracted to create a substance that individuals use. Thus, of those 300 kilograms, only 3 kilograms is of practical use.

---

[1] https://erowid.org/library/periodicals/microgram/microgram_journal_2007-1.pdf

Due to the extraction requirement, the United States agrees that the extracted amount (approximately 3 kilograms) more accurate reflects the Defendant's countable converted drug weight. This reduces the converted drug weight 3 kilograms and an offense level 24.

**Safety Valve**

Paragraph 28 states that the Defendant is eligible for an additional two-level reduction based on U.S.S.G. §5C1.2. Under §5C1.2(a)(5), the Defendant is required to "truthfully provided to the Government all information and evidence the defendant has concerning the offense or offenses that were part of the same course of conduct or of a common scheme or plan…" The Defendant has not yet provided such statement to the United States. The United States has conferred with defense counsel and believes that the Defendant will satisfy this final prong before sentencing, and he will be Safety Valve eligible.

Respectfully,

Timothy J. Forwood
Assistant U.S. Attorney
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2124
timothy.forwood@usdoj.gov