IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 22-cr-00212-RMR-2 | Date: February 16, 2023 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Terri Lindblom |
| Probation Officer: Meaghan Mills | |

*Parties:*  

UNITED STATES OF AMERICA,

   Plaintiff,

v.

2. WILLIAM BLAKE PLSEK,

   Defendant.

*Counsel:*

Timothy J. Forwood

Dru Ruth Nielsen

### COURTROOM MINUTES

**SENTENCING**

**1:01 p.m.     Court in session.**

Court calls case. Appearances of counsel.  Defendant present on bond

Defendant sworn.

Discussion and argument regarding objections to the presentence report, pending motions, and sentencing recommendation.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings of fact and conclusions of law.

**ORDERED:**   Defendant's Motion for Below Guidelines Sentence [ECF] 69 is GRANTED.

**ORDERED:**   Defendant shall be placed on probation for a term of 3 years.

**ORDERED:**   Conditions of probation, as stated on record.

**ORDERED:**   Defendant shall pay a $100.00 Special Assessment fee, to be paid immediately.  No fine is imposed.

**ORDERED:**   Defendant shall forfeit any interest in property, as stated on record, to the United States.

**ORDERED:**   Defendant's bond is exonerated.

Defendant advised of right to appeal.


**1:49 p.m.**     **Court in recess.**

Hearing concluded.
Total time in court:    00:48